## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**MICHAEL LEE JORDAN, #34318**                                              **PLAINTIFF**

**v.**                             **CIVIL ACTION NO. 3:23-cv-201-HTW-LGI**

**VITAL CORE, ET AL.**                                                    **DEFENDANTS**

### ORDER ADOPTING REPORT AND RECOMMENDATION [21]

BEFORE THE COURT is the Report and Recommendation [21] of United States Magistrate Judge LaKeysha Greer Isaac. In her Report and Recommendation, filed on November 30, 2023, Magistrate Judge Isaac recommended that Plaintiff's Motion [7] for a Temporary Restraining Order, which in effect seeks a Preliminary Injunction, be denied. Magistrate Judge Isaac directed the parties to file any objections within fourteen (14) days. To date, there has been no objections filed.

Based upon the findings and recommendation contained in the Report and Recommendation, the Court finds it well-taken and hereby **ADOPTS** the Report and Recommendation [21] of the Magistrate Judge as the Order of this Court.

This Order, commensurately, hereby **DENIES** Plaintiff's Motion [7] for a Temporary Restraining Order, which in effect seeks a Preliminary Injunction.

**SO ORDERED** this the 3rd day of January, 2024.

                                                   s/HENRY T., WINGATE
                                                   UNITED STATES DISTRICT JUDGE